# United States District Court

EASTERN DISTRICT OF WISCONSIN

GLENN H. HALE,

      Plaintiff,

v.

PHIL KINGSTON,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 06-C-0024

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the petition is summarily dismissed pursuant to Rule 4 of the Rules Governing § 2254 Cases.

Approved:    s/ William C. Griesbach
                      WILLIAM C. GRIESBACH
                      United States District Judge

Dated: February 13, 2006.

                      SOFRON B. NEDILSKY
                      Clerk

                      s/ Mary Fisher
                      (By) Deputy Clerk